IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GREGORY KURC,

      Appellant,

v.

                                     Case No.  5D21-3047
                                     LT Case No. 2020-DR-3805

ANDREA COMPTON,

      Appellee.

_____/

Decision filed May 3, 2022

Appeal from the Circuit Court
for Marion County,
Ann Melinda Craggs, Judge.

Gregory Kurc, Ocklawaha, pro se.

No Appearance for Appellee.


PER CURIAM.


      AFFIRMED.


EVANDER, HARRIS and SASSO, JJ., concur.